**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VIOLET FOSTER, as the Administratix of the Estate of ALLEN B. WIMBERLY, JR., and in her own right,<br>    Plaintiff<br><br>        v.<br><br>CITY OF PHILADELPHIA, et al.,<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>NO. 11-04817 |

**ORDER**

**AND NOW**, this _25th___ day of October 2011, it is **ORDERED** that Plaintiff's Motion to Remand (Doc. # 4) is **GRANTED**. This matter is now remanded to the Philadelphia County Court of Common Pleas.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: