# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

VIOLET FOSTER, as the Administratix of    :
the Estate of ALLEN B. WIMBERLY, JR.,      :
and in her own right,                      :          CIVIL ACTION
    Plaintiff                            :
                                     :          NO. 11-04817
                    v.                       :
                                       :
CITY OF PHILADELPHIA, et al.,
    Defendants

## <u>ORDER</u>

      **AND NOW**, this _25th___ day of October 2011, it is **ORDERED** that Plaintiff's Motion

to Remand (Doc. # 4) is **GRANTED**.  This matter is now remanded to the Philadelphia County

Court of Common Pleas.


                                   s/Anita B. Brody

                         _____

                              ANITA B. BRODY, J.


Copies **VIA ECF** on _____ to:             Copies **MAILED** on _____ to: